NO. 12-08-00323-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS



CASCADE PROPERTIES, LTD.,
§
 APPEAL FROM THE 114TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


LISHA HOLCOMB, 

SHERIF S. ISKANDER,
§
 SMITH COUNTY, TEXAS

AND ADOPTION PROPERTIES, LP, 


APPELLEES





MEMORANDUM OPINION


PER CURIAM


 Appellant, Cascade Properties, Ltd., has filed a motion to dismiss this appeal. In its motion,
Cascade Properties states that the parties have reached a resolution of this dispute and no longer wish
to pursue the appeal. Because Cascade Properties has met the requirements of Texas Rule of
Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed. 

Opinion delivered October 31, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.





(PUBLISH)